UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
VIVIAN ROSS, SANDRA SHANOR, ROBERT         :
SHELLY, SHIRLEY SHIPMAN, BARBARA           :
SMITH, DEBRA SMITH, JANET SMITH, LULA      :
STANSELL, BRENDA STUART, SHERI             :
SWIFT, CAMELLIA TAYLOR, JUDY               :
THOMASON, BEVERLY THOMPSON,                :
GLENDA TURNER, JAMISON WARD,               :
CHESTENE WEEKS, FRANKIE                    :
WESTBROOKS, KIMBERLY WILIE, ANGELA         :
WILLIAMS, CAROL WILSON,                    :
                                           :
         Plaintiffs.                       :    Civil Action
v.                                         :    No. 04-11265-GAO
                                           :
INDEVUS PHARMACEUTICALS, INC., F/K/A       :
INTERNEURON PHARMACEUTICALS, INC.;         :
WYETH, INC., F/K/A AMERICAN HOME           :
PRODUCTS CORPORATION; WYETH                :
PHARMACEUTICALS, INC F/K/A WYETH-          :
AYERST PHARMACEUTICALS, INC., A            :
DIVISION OF AMERICAN HOME PRODUCTS         :
CORPORATION; AND BOEHRINGER                :
INGELHEIM PHARMACEUTICALS, INC.,           :
                                           :
         Defendants.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 29, 2004                           Respectfully submitted,
       Boston, Massachusetts

                                               /s/Matthew J. Matule
                                               Matthew J. Matule (BBO #632075)
                                               SKADDEN, ARPS, SLATE,
Of Counsel:                                       MEAGHER & FLOM LLP
Barbara Wrubel                                 One Beacon Street
Katherine Armstrong                            Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                          (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                 Counsel for Defendant
                                                 Boehringer Ingelheim Pharmaceuticals, Inc.