UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

VIVIAN ROSS, SANDRA SHANOR, ROBERT SHELLY, SHIRLEY SHIPMAN, BARBARA SMITH, DEBRA SMITH, JANET SMITH, LULA STANSELL, BRENDA STUART, SHERI SWIFT, CAMELLIA TAYLOR, JUDY THOMASON, BEVERLY THOMPSON, GLENDA TURNER, JAMISON WARD, CHESTENE WEEKS, FRANKIE WESTBROOKS, KIMBERLY WILIE, ANGELA WILLIAMS, CAROL WILSON,

    Plaintiffs.

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.

Civil Action
No. 04-11265-GAO

---

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated: June 29, 2004             Respectfully submitted,
       Boston, Massachusetts

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP

Of Counsel:
Barbara Wrubel                   One Beacon Street
Katherine Armstrong         Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,     (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                Counsel for Defendant
                                         Boehringer Ingelheim Pharmaceuticals, Inc.