UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
VIVIAN ROSS, SANDRA SHANOR, ROBERT      :
SHELLY, SHIRLEY SHIPMAN, BARBARA
SMITH, DEBRA SMITH, JANET SMITH, LULA   :
STANSELL, BRENDA STUART, SHERI
SWIFT, CAMELLIA TAYLOR, JUDY            :
THOMASON, BEVERLY THOMPSON,
GLENDA TURNER, JAMISON WARD,            :
CHESTENE WEEKS, FRANKIE
WESTBROOKS, KIMBERLY WILIE, ANGELA      :
WILLIAMS, CAROL WILSON,
                                        :
       Plaintiffs,                             Civil Action
v.                                      :      No. 04-11265-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME        :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-       :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS      :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,        :
                                        :
       Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: September 15, 2004<br>Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800 |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |